DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
HUMBERTO HERRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR.S. 09-00075-WBS |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER RE CONTINUANCE OF STATUS HEARING AND FINDINGS OF EXCLUDABLE TIME** |
| HUMBERTO HERRERA, | |
| Defendant. | DATE: May 4, 2009<br>TIME: 8:30 a.m.<br>JUDGE: Hon. William B. Shubb |

HUMBERTO HERRERA, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, MICHAEL ANDERSON, Assistant United States Attorney, hereby agree that the status conference set for April 20, 2009 be continued for a status conference/change of plea hearing on May 4, 2009 at 8:30 a.m. This continuance is being requested because defense counsel requires additional time to review discovery, discuss the case with the government and finalize a plea agreement. The defendant in this case consents to this continuance.

Counsel, along with Mr. Herrera agree that the time from the date of this order through May 4, 2009 should be excluded in computing the time within which trial must commence under the Speedy Trial Act,

1  §3161(h)(8)(B)(iv) and Local Code T4. [reasonable time to prepare].

2  DATED: April 17, 2009

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /S/ Dennis S. Waks
                                    _____
                                    DENNIS S. WAKS
                                    Supervising Assistant Federal Defender
                                    Attorney for Defendant
                                    HUMBERTO HERRERA


                                    LAWRENCE G. BROWN
                                    Acting United States Attorney

DATE: April 17, 2009
                                    /S/ Dennis S. Waks for
                                    _____
                                    MICHAEL ANDERSON
                                    Assistant United States Attorney

```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
HUMBERTO HERRERA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR.S. 09-00075-WBS |
| Plaintiff, | |
| v. | **ORDER RE CONTINUANCE OF STATUS HEARING AND FINDINGS OF EXCLUDABLE TIME** |
| HUMBERTO HERRERA, | |
| Defendant. | DATE: May 4, 2009<br>TIME: 8:30 a.m.<br>JUDGE: Hon. William B. Shubb |

**ORDER AND FINDINGS**

The new status conference/change of plea hearing is set for May 4, 2009 at 8:30 a.m. The court finds that the interests of justice are best served and the public interest is protected by granting the continuance in the above-captioned matter. Accordingly, time under the Speedy Trial Act is excluded from the date of this order through May 4, 2009, in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4. (reasonable time to prepare.)

DATED: April 17, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE